# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JEFFREY MILLER, Individually and For Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>LUCAS ASSOCIATES, INC. d/b/a LUCAS GROUP,<br><br>  Defendant. | Case No. 4:20-cv-1670<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Jeffrey Miller, files this Certificate of Interested Parties, and would show as follows:

1. Jeffrey Miller – Plaintiff;

2. Josephson Dunlap - Plaintiff's Counsel;

3. Bruckner Burch, P.L.L.C. - Plaintiff's Counsel; and

4. Lucas Associates, Inc. d/b/a Lucas Group – Defendant.

Plaintiff will amend this Certificate of Interested Parties as additional parties are joined.

Respectfully submitted,

By: */s/ Taylor A. Jones*
    **Michael A. Josephson**
    State Bar No. 24014780
    Federal ID No. 27157
    **Andrew W. Dunlap**
    State Bar No. 24078444
    Federal ID No. 1093163
    **Taylor A. Jones**
    State Bar No. 24107823
    Federal ID No. 3348814
    **JOSEPHSON DUNLAP LAW FIRM**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    tjones@mybackwages.com

    AND

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 28th day of May 2020.

    */s/ Taylor A. Jones*
    Taylor A. Jones